Page 1/5

IN THE UNITED STATES DISTRICT COURT     25-1404-JPG

FOR ILLINOIS

| | |
|---|---|
| ALEXANDRE ZDENEK DAVIS | Case NO·TOBE ASSIGNED |
| PLAINTIFF | |
| | INITIAL COMPLAINT |
| V. | FTCA  For Intentional Emotional Distress |
| Counselor Bartimus, | EMERGENCY FILING |
| OFFICER Ellington, | INMATE LIFE IN DANGER OF |
| FCI Greenville | SERIOUS INJURY, ILLNESS, OR DEATH. |
| | Waive §1915 affidavit |

A. Jurisdiction

This Honorable Court has jurisdiction for inmate complaints against government officials. AN FTCA claim can be brought in front of this court because the state of Illinois has a Tort law for Intentional Emotion Distress/Duress.

B. PARTIES

1. ALEXANDRE ZDENEK DAVIS II.
   PRO-SE LITIGANT
   INMATE # 36427-510
   FCI GREENVILLE
   PO BOX 5000
   GREENVILLE, IL. 62246
   PLAINTIFF

Page 2/6

2.  Counselor Baitimus
    Acting under color of Federal AND state law
    in her official capacity
    FCI GREENVILLE
    PO BOX 5000
    GREENVILLE, IL. 62246

3.  Officer Ellington
    Acting under color of Federal and state law
    in his official capacity
    FCI GREENVILLE
    PO BOX 5000
    GREENVILLE, IL. 62246

C. EXHAUSTION

    I have filed the BP8, BP9, BP10, BP11, wrote to DOJ,
    wrote to my attorney Jason Holden, all have been
    unanswered.

D. STRIKES

    I have 2 strikes in Federal courts
    as of this filing.

E. LAWSUITS

1.  CV23-58-BLG-SPW-JTC
    DAVIS V. Valdez
    9th District of Montana
    Denial of Medical Care §1983 complaint
    PENDING ADR CONFERENCE

Page 3 / 6

2. CV24-03-GF-DWM
    Davis V. Slaughter
    Failure to protect §1983 complaint
    settled at an ADR conference
    9th District of Montana

3. I have filed others but do not have
    the information. All dismissed except #1 above.

F. COMPLAINT

- I am a Federal Inmate at FCI GREENVILLE.
- FCI Greenville is an FBOP prison for federal inmates.
- I am the plaintiff
- Counselor Bartimus and officer Ellington are employed
  by the FBOP and currently work at FCI Greenville.
- Bartimus is my unit counselor
- Officer Ellington is my unit officer.
- I am assigned to H-1-A unit as an inmate.
- Bartimus and Ellington are assigned to H-1-A unit as FBOP staff.
- Bartimus is smuggling in drugs, tattoo guns, needles, and
  cell phones for inmates.
- Bartimus does not like sex offenders.
- I am a sex offender
- Bartimus shared my state conviction and sex offender status
  with inmates in an effort to get me beat up. Ms. Bowers
  was notified of this on a TRULINCS staff request. This
  happend in late May/Early June of 2025.

F. Complaint continued

- There are no metal body scanners for inmate protection at FCI Greenville
- Unknown staff at FCI Greenville have disabled the inmate cell distress buttons across the whole compound. This is a risk factor for safety and security of the inmates and staff at FCI Greenville.
- Bartimus did not like that I was an sex offender trying to seek protection and ride in the Pacific Islander group so she started harassing me starting Early June of 2025.
- Inmate Ryan Haynes can confirm her harassment.
- Sometime in early to mid June of 2025, Bartimus provided inmates Hogseth, Johnson, "Grasshopper", "T.c", and "Los" with 4 tattoo guns, needles, ink, and 1 android (Black) cellphone. In exchange, these inmates were ordered by Bartimus to hold me down and tattoo my inmate number (36427-510-) on my left arm like I am a Nazi's Jew in a concentration camp, to show everyone I am a sex offender. This is mental and physical abuse!
- Since that day, Bartimus has ordered these inmates to use me as a drawing board. I have been beaten daily by these inmates at Bartimus' request and I now have 13 unclean, unwanted tattoos. That is Thirteen!
- Officer Ellington is ensuring these inmates follow Bartimus' orders.
- I am telling the truth because if Ellington was not, he would have to serve me 13 inmate 228 disciplinary shots. They are tattoos in plain view on my arms and neck.
- I notified other FCI Greenville staff to include the SIS team. Not one has investigated or taken the tattoo guns or cellphone away.

F. Complaint Continued

- I have been down 30 months on a 51 month sentence. I have been to USP Leavenworth, FDC SEATAC, FTC Oklahoma, FCI Florence, and nearly a dozen jails in that 30 months. At all those places, I had no intention of getting prison tattoos because of dirty needles, unclean environments, unclean ink, HIV risk, Hep.C risk, and other health factors. There is no reason to start now on my own cognition, especially tattoos I don't want/need.

- These 13 tattoos are on my legs, ankles, arm, and neck.

- I am worried about my health and safety.

- Bartimus keeps telling me "GET WITH THE PROGRAM, YOU'RE AN INMATE, INMATES LIKE YOU NEED IDENTIFIABLE INK BECAUSE YOU'RE AN S/O!"

- I am afraid for my life, my health, my safety, my mental health and for the other inmates getting tattooed at FCI Greenville.

- "Los" has his cell next to Bartimus' office. He has done most of the tattooing just feet from her office.

- This is an INTENTIONAL EMOTIONAL DISTRESS TORT pursuant to ILLINOIS LAW AND THE FEDERAL TORT CLAIMS ACT.

- This abuse serves no penalogical or rehabilitative purpose and is also a violation of the Eighth Amendment under Failure to protect, and Excessive Force.

- Bartimus is going to keep ordering inmates to assault and tattoo me unless this court intervenes.

                    END OF COMPLAINT

## G. RELIEF REQUEST

- Injunctive and declatory relief
- Immediate Placement in Protective custody
- Immediate transfer to a SAFE FBOP facility regardless of Points
- COMPENSATORY DAMAGES OF $5,000,000. (Five-million Dollars).
- Anything Else this court deems just and fair.

## H.        DECLARATION

I do hereby swear that this complaint is true and correct under penalty of Perjury pursuant to 28 U.S.C. §1746.

RESPECTFULLY SUBMITTED THIS 14th Day of JULY, 2025

ALEXANDRE DAVIS

PRO-SE.

PLEASE WAIVE $1915, my life is in danger!

Court clerk,                                                          7/14/25

I need this complaint filed with extreme urgency.
My life is in danger. Please waive the §1915 affidavit.
I do not have the forms for complaint or affidavit. Please file as-is.
Thank you.

Alexandre Davis
#36427-510
FCI Greenville
PO Box 5000
Greenville, IL 62246



404-JPG    Filed 07/21/25    Document 1    Page 8 of

Alexandre Davis
#06427-510
Federal Correctional Institution
PO Box 5000
Greenville, FL 62246

SAINT LOUIS MO 630
17 JUL 2025   PM 6 L

LEGAL MAIL

MAIL CLEARED
US MARSHALS

Courtclerk
U.S. Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

LEGAL MAIL
4/16/25

62201-298899



LEGAL MAIL

RECEIVED

JUL 21 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE