DISCARD ANY
AND ALL PREVIOUS
COMPLAINTS.
(TRUE FORM)

Page 1/9

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

ALEXANDRE ZDENEK DAVIS II )
_____ )
_____ )
_____ )
_____ )
*Plaintiff(s)* )   Case Number: 25CV-01404-JPG
v. )   *(Clerk's Office will provide for **new** cases, if you are filing*
)   *in an existing case, write your case number)*
THE UNITED STATES )
_____ )
_____ )   ☐ ORIGINAL COMPLAINT
_____ )
*Defendant(s)* )   ☒ AMENDED COMPLAINT

Pursuant to 7/25/25 order

> **You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.**

☒ EMERGENCY FILING. LIFE IS IN DANGER

## I.   JURISDICTION:

☐   I am suing for a violation of federal law under 28 U.S.C. § 1331:

☐ 42 U.S.C. § 1983 (state prisoners);
☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
☐ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☒   Other (provide an explanation): Federal Tort Claims Act
Under/pursuant to ILLINOIS STATE TORT FOR
INTENTIONAL EMOTIONAL DISTRESS

## II.   PARTIES:

**Plaintiff(s) (use extra pages if needed):**

Name: ALEXANDRE DAVIS (AKA) ALEXANDRE ZDENEK DAVIS

Address: FCI Greenville PO Box 5000, Greenville, IL · 62246

Inmate ID Number: 36427-510

Rev. 04/16/2025

Page 2/9

**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name  (John Doe 1, John Doe 2, Jane Doe 1).  Give any information you have about them here.  If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example:  Jane Doe 1, the nurse who passes out night-time medication.  She is short and has red hair.  I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: THE UNITED STATES OF AMERICA

Job: Federal Bureau of Prisons  Correction OFFICERS

Address: FCI Greenville, PO Box 5000, Greenville, IL- 62246

Additional info: The United states is the only proper defendant in an FTCA Case

**Defendant #2:**

Name: BARTIMUS

Job: COUNSELOR

Address: _____

Additional info: _____

**Defendant #3:**

Name: _____

Job: _____

Address: _____

Additional info: _____

Rev. 04/16/2025

Page 3/9

## III.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)?
☒Yes ☐No

B.   Answer the following questions about **ALL** past federal lawsuits. <u>**FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION**</u>. (Use extra pages if needed)

B-1
1.   Case name, case number, and Court:
Davis V. Slaughter, 24CV-03-GF-DWM, 9th District of Montana (2025)

2.   What was it about:
Overcrowding leading to my rape

3.   What happened (was it dismissed, did it go to trial, was it settled):
Settled recently for $4500

4.   Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious). NO

B-2
1. Davis V. Valdez, 23CV-58-BLG-SPW-TJC, 9th District of Montana.

2. Medical care denial

3. Scheduled for settlement conference.

B-3   I have filed many cases. I have filed appeals too. I have recieved 2 (Two) strikes. I do not have the case numbers on hand. They (strikes) are in the 9th and 10th district courts.

Rev. 04/16/2025

*Page 4/9*

## IV.    GRIEVANCE PROCEDURE[1]

A.    Is there a prisoner grievance procedure in the institution?  ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                                                    ☑ Yes    ☐ No

C.    Has the grievance been returned from the highest or last level of review?
                                                                          ☐ Yes ☑ No

D.    If your answer is NO, explain why not.  Did you do anything other than a grievance to alert prison authorities to the problem?

I talked to an FBOP internal Affairs officer. I filed all the way from BP8 to BP11. No responses on any. My life is in danger as is the rest of the inmate population. Emergency cell duress buttons and metal detectors have been shut off by staff at FCI Greenville and I and other inmates are being forced to get our inmate ID #'s tattooed on our arms.

E.    If you are a **federal inmate**, attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

See D.

It could take 6 months to recieve the BP11 response. I don't have 6 months. My life is in danger, I have sent other victim witness statements as motions back in July prior to the 7/25/25 order

Per FBOP Policy, I cannot allowed to know or recieve response of staff misconduct grievances filed since I am an inmate.

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit.  If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed.  *See e.g.,* 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).

Rev. 04/16/2025

## V.    STATEMENT OF CLAIM:

**Using the space below describe how your constitutional rights were violated (extra pages are *strongly* discouraged):**

**DO:**    Write a **short** statement of what happened with neat handwriting.  Explain **who** violated your rights, **what** each defendant personally did, **when** they did it, **where** they did it, and **why** they did it (if you know why).

**DO NOT:**    Do not make legal arguments or give citations.  Do not include evidence or exhibits.  You will have a chance later in the case to give evidence and to make arguments.   Do not combine multiple claims that are not related.[2]

SEE ATTACHMENT ON YELLOW LINED

PAPER.

---

[2] The Court is not required to allow you to join multiple claims in a single case.  The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties.  It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.

Rev. 04/16/2025

V. STATEMENT OF CLAIM    ATTACHMENT                    Page 6/9

INTENTIONAL EMOTIONAL DISTRESS TORT

- I am a Federal Inmate at FCI GREENVILLE.
- FCI Greenville is an FBOP prison for Federal inmates.
- I am the plaintiff
- Counselor Bartimus and officer Ellington are employed by the FBOP and currently work at FCI Greenville.
- Bartimus is my unit Counselor at FCI Greenville
- Officer Ellington is my unit officer for H-1-A at FCI Greenville
- I am assigned to H-1-A unit as an inmate of FBOP.
- Bartimus and Ellington are assigned to H-1-A unit as FBOP staff.
- Bartimus is smuggling in drugs, tattoo guns, needles, contraband and cellphones for inmates at FCI Greenville.
- Bartimus does not like sex offenders.
- I am a sex offender
- Bartimus shared my NE state conviction and sex offender status with inmates, in an effort to get me beat up. Ms. Bowers was notified of this on a TRULINCS staff request. This happened in late may/Early June, of 2025.

# V STATEMENT OF CLAIMS CONTINUED

- There are no metal/body scanners for inmates protection at FCI Greenville.
- Unknown staff at FCI Greenville have disabled the inmate cell distress buttons across the whole compound. This is a risk factor for safety and security of the inmates and staff at FCI Greenville.
- Bartimus did not like that I was a sex offender trying to seek protection and "ride" in the Pacific Islander group, so she started harassing me starting Early May/June 2025.
- Inmate Ryan Haynes can confirm Bartimus' harrassment towards me.
- Sometime in early to mid June of 2025, Bartimus provided inmates: Hogseth, Johnson, "Grasshopper", "T-C", and "LOS" with 4 tattoo guns, needles, ink, and 1 android (Black) cell phone. In exchange, these inmates were ordered by Bartimus to hold me down and tattoo my inmate number (36427-510) on my left arm, like I am a Jew in a Nazi concentration Camp, to show everyone I am a sex offender. This is mental and physical abuse.
- Since that day, Bartimus has ordered these inmates to use me as a drawing board. I have been beaten daily by these inmates at Bartimus' request and I now have 13 unclean, unwanted tattoos. That is Thirteen!
- Officer Ellington is ensuring these inmates follow Bartimus' orders.
- I am telling the truth because if Ellington was doing his job, he would have to serve me 13 inmate 228 disciplinary shots. They are tattoos in plain view on my arms and neck.
- I notified other FCI Greenville staff, to include the SIS, Garmon, unit team. Not one has investigated or taken the tattoo guns or cell phone away.

Page 9

## V. STATEMENT OF COMPLAINT CONTINUED

- I have been down 30 months on a 51 month sentence. I have been to USP Leavenworth, FDC SEATAC, FTC Oklahoma, FCI FLORENCE, and nearly a dozen jails in that 30 months. At all those places, I had no intention of getting prison tattoos because of dirty needles, unclean environments, unclean ink, HIV risk, Hep.C risk, and other health factors. There is no reason to start now on my own cognition, especially tattoos I don't want/need

- These 13 tattoos are on my legs, Ankles, arm, and neck.

- I am worried about my health and safety.

- Bartimus keeps telling me "GET WITH THE PROGRAM, YOU'RE AN INMATE, INMATES LIKE YOU NEED IDENTIFIABLE INK BECAUSE YOU'RE AN S/O!"

- I am afraid for my life, my health, my safety, my mental health and for the other inmates getting tattooed at FCI Greenville.

- "Los" has his cell next to Bartimus' office. He has done most of the tattooing just feet from her office.

- This is an INTENTIONAL EMOTIONAL DISTRESS TORT PURSUANT TO ILLINOIS LAW AND THE FEDERAL TORT CLAIMS ACT (FTCA)

- This abuse serves no penological or rehabilitative purpose and is also a violation of the Eighth Amendment under failure to protect, and EXCESSIVE FORCE.

- Bartimus is going to keep ordering inmates to assault and tattoo me unless this court intervenes.

- IF Bartimus was innocent, or if Ellington was innocent, they would be following program statement 5420.12 and no contraband would be in the facility and the duress buttons would be active.

END OF COMPLAINT

**VI.    REQUEST FOR RELIEF**

State exactly what you want this court to do for you.

- Immediate transfer to a safer FBOP Prison
- Injunctive and declatory relief
- Ten million Dollars in Damages
- Anything selected by this Honorable court to be just and fair
- Tattoo removal - Legal fees and court costs.

**VII.    JURY DEMAND** (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

Signed on: _____  8/8/25

(date)

_____
Signature of Plaintiff

PO Box 5000
_____
Street Address

Greenville, IL. 62246
_____
City, State, Zip

ALEXANDRE    DAVIS
_____
Printed Name

36427-510
_____
Prisoner Register Number

Rev. 04/16/2025

**Superior Court of California**
**County of San Diego**
CRIMINAL BUSINESS OFFICE– ROOM 150
CRIMINAL RECORDS
1100 UNION ST.
PO BOX 120128
SAN DIEGO, CA 92112-0128

RE
SEI
RE

ALEXANDRE ZDENEK
#36427-510
FEDERAL CORRECTIONAL
PO BOX 5000
GREENVILLE, IL 6

FBADSAB 6224E

TRULINCS 36427510 - DAVIS, ALEXANDRE ZDENEK - Unit: GRE-A-A

---------------------------------------------------------------------------------------

FROM: 36427510
TO:
SUBJECT: Records request
DATE: 06/18/2025 10:08:29 AM

Court Clerk,

Hello. I am a federal inmate trying to obtain any and all records of myself as an adult or a juvenile in your courthouse.

My full name is: Alexandre Zdenek Davis
My date of birth is: 9/5/96
My social security number is: 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
My father is: Harold Frank Davis
My mother is: Virginie Edery-Davis

I have lived in Lucerne Valley(San Bernardino county) and in La Mesa (San Diego county)

The records and cases would be from 1996 to 2014 with your courthouse.

I am a federal inmate and my information is as follows:

Alexandre Zdenek Davis
#36427-510
Federal Correctional Institution Greenville
PO BOX 5000
Greenville, IL. 62246

Signed
6/18/25
DATED



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☒ CENTRAL DIVISION, CENTRAL COURTHOUSE, 1100 UNION ST., SAN DIEGO, CA 92101
☐ CENTRAL DIVISION, COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101
☐ CENTRAL DIVISION, KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

## RESULTS OF CRIMINAL AND TRAFFIC/MINOR OFFENSE RECORD SEARCH

Date: 07/23/25

Re: Results of Record Search for:

Name: ALEXANDRE ZDENEK DAVIS

AKA: _____ Date of Birth: 09/05/96

Other Identifier(s): _____

After a search of electronic court records:

☒ No Criminal case(s) found.   ☐ No Traffic/Minor Offense case(s) found.

☐ Insufficient information provided.  Provide additional identifying information.
　　☐ Full name, including middle name: _____
　　☐ Date of Birth: _____  ☐ Case/Citation Number: _____

☒ Contact the Department of Justice for further information.  Address: Applicant and Public Services Section, PO Box 903417, Sacramento, CA 94203-4170.

☐ We are unable to process your request for copies.  The case(s) has been destroyed pursuant to Gov. Code § 68152 and/or Health & Saf. Code § 11361.5, as applicable.

☐ Other: _____.

☐ The following cases have been identified.  Contact the locations referenced below for additional information. Information regarding starred (*) cases is available from this location.

| Case Number | Court Location | Disposition |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*For further assistance, take this document to the above-mentioned court location(s) to assist the clerk in locating the file.*

**Note:** The above results reflect a review of electronic court records of cases from the San Diego Superior and its predecessor Municipal Courts only.  Based on the information provided, these results may include cases for more than one person.  These results may **not** include cases filed within the previous two business days and/or may **not** include cases on either microfiche or microfilm (older records).  You are encouraged to perform a physical review of the listed cases to determine their relevance to a particular individual.

I, Clerk of the Superior Court of the State of California, County of San Diego, do certify that a search among the electronic records as indicated above has been conducted, and the above results were found.

Clerk of the Superior Court

by _____ Deputy

SDSC CRM-001 (Rev. 2/11)    RESULTS OF CRIMINAL AND TRAFFIC/MINOR OFFENSE RECORD SEARCH    G. Jimenez

court clerk,                                          8/8/25

on 8/7/2025, I recieved the court order
for CV25-01404-JPG, Davis v. Bartimus,
to file an Amended complaint and a 1915 affidavit.
Please find enclosed the amended complaint and 1915 affidavit.
Thank you.

ALEXANDRE DAVIS.

Rev. 04/16/2025

Alxandre Davis
#14427-510
Federal correctional Institution
P.O. Box 5000
Greenville, IL 62246

mailed
8/8/25

Court clerk For The
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue
East St. Louis, ILLINOIS, USA.

Zipcode unknown TO SENDER



RECEIVED

AUG 19 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE